## Hilscher, Appellant, *v.* Ickinger.

Argued April 18, 1961. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Alan Kahn,* with him *Winokur & Kahn,* for appellant.

*Michael A. Foley,* for appellee.

Opinion per Curiam, May 22, 1961:

The order of the Superior Court, reversing the new trial order of the court below and directing that judgment be entered on the verdict for the plaintiff, is affirmed on the opinion of Judge Woodside, reported at 194 Pa. Superior Ct. 237, 166 A. 2d 678.